UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TIMOTHY SEBREE and<br>KIMBERLY SEBREE,<br><br> Plaintiffs,<br><br>v.<br><br>METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Docket No: _____<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## PETITION AND NOTICE OF REMOVAL

TO: The United States District Court
   Middle District of Tennessee
   801 Broadway, Room 800
   Nashville, TN 37203

**PLEASE TAKE NOTICE** that Metropolitan Property and Casualty Insurance Company, hereby removes this action, pursuant to 28 U.S.C. § 1441, from the Circuit Court for Rutherford County, Tennessee at Murfreesboro to the United States District Court for the Middle District of Tennessee, and respectfully states to this Court as follows:

  1. On or about May 16, 2014, Timothy and Kimberly Sebree commenced a civil action against defendant by filing a Complaint in the Circuit Court for Rutherford County, Tennessee at Murfreesboro.

  2. The plaintiff secured service of the Complaint on the defendant on May 23, 2014. The plaintiffs' original Complaint did not contain a specific ad damnum.

However, on June 20, 2014, the plaintiffs filed an Amended Complaint. The Amended Complaint seeks damages in excess of $250,000.00. Copies of the Complaint, the Amended Complaint, and all other pleadings filed to date in the Rutherford County Circuit Court are attached hereto and incorporated by reference herein as *Collective Exhibit A*.

3.  For the reasons stated below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1332, because it is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest, and it is between citizens of different states.

## I. **This Defendant has satisfied the procedural requirements for removal.**

4.  This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), because it is filed "within thirty days after receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b) (2013). In this case, the plaintiff's Amended Complaint, filed on June 20, 2014, was the first pleading from which it was ascertainable that this matter was removable.

5.  The United States District for the Middle District of Tennessee includes the county in which the state court action is now pending. Therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. § 123(a)(3) and § 1441(a).

6.  Pursuant to 28 U.S.C. § 1446(d), the defendant has filed written notice of this removal with the Clerk of the State Court in which the action is currently pending. Copies of the Notice of Filing, together with this Notice of Removal, are being served upon plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

## II. Removal is proper in the present case.

7. The amended Complaint seeks damages in excess of $250,000.00 and therefore the amount in controversy of said action exceeds the sum or value of $75,000.00. *See Collective Exhibit A.*

8. There is complete diversity between the plaintiffs and the defendant. In the plaintiffs' Complaint, the plaintiffs admit that they are citizens and residents of the state of Tennessee. *See Collective Exhibit A.* Further, as the plaintiffs acknowledge in their Amended Complaint, this defendant is a foreign corporation. Thus, complete diversity exists among the parties in this case.

**WHEREFORE**, the defendant respectfully removes this action from the Rutherford County Circuit Court in Murfreesboro, Tennessee, bearing docket number 68071 to this Court.

This 8th day of June, 2014

*Respectfully submitted,*

**LEITNER, WILLIAMS, DOOLEY, & NAPOLITAN, PLLC**

BY: /s/ Joshua A. Wolfe    #25484
JOSHUA A. WOLFE (BPR #23101)
JOSEPH C. JOHNSEN (BPR #25484)
**Attorneys for Defendant**
180 Market Place Blvd.
Knoxville, TN 37922
(865) 523-0404

## CERTIFICATE OF SERVICE

I, the undersigned attorney, on behalf of the above named defendant, do hereby certify that I have electronically filed the foregoing instrument with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record and I hereby certify that I have mailed by first-class mail, postage prepaid, to all non-ECF participants.

/s/ Joshua A. Wolfe
#25484